### Michael E. STEWART, Plaintiff–Appellant,

v.

### J.E. BORRIES, INC., Defendant–Appellee.

No. 08–60353.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2009.

Leonard Cardenas, III, Cardenas Law Firm, Baton Rouge, LA, for Plaintiff–Appellant.

Vincent J. Castigliola, Jr., Bryan, Nelson, Schroeder, Castigliola & Banahan, Joshua Wesley Danos, Dogan & Wilkinson, Pascagoula, MS, Benjamin Ullman Bowden, Vaughn, Bowden & Wooten, Gulfport, MS, for Defendant–Appellee.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

### Donna YOUNG, Plaintiff–Appellee,

v.

### UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant–Appellant.

No. 08–30066.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2009.

Joseph T. Dalrymple, Rivers, Beck, Dalrymple & Ledet, Alexandria, LA, for Plaintiff–Appellee.

McCranie Sistrunk Anzelmo, Hardy Maxwell & McDaniel, Metairie, LA, Lauren Ann Welch, Hilliard Finch Kelly, III, for Defendant–Appellant.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.